# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLIFTON PARKER,** | : | |
| Petitioner | : | |
| | : | |
| v. | : | CIV. NO. 10-7262 |
| | : | |
| **JOHN KERESTES et al.,** | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 29th day of February, 2012, upon careful and independent consideration of the Petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of United States Magistrate Judge Lynne A. Sitarski's Report and Recommendation and Petitioner's Objection, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED;**

2. The Petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 *(Doc. No. 1.)* is **DENIED;**

3. There is no basis for the issuance of a certificate of appealability;

4. This case shall be closed for statistical purposes.

    **IT IS SO ORDERED.**

    */s/ Paul S. Diamond*
    _____
    **Paul S. Diamond, J.**